**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL NERI GAYON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS, LLC, a Delaware Limited Liability Company, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 5:17-CV-00140-JGB-DTB<br><br>Complaint Filed: December 7, 2016<br><br>**ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Based on the Parties' Stipulated Dismissal that has been submitted and signed by the respective attorneys for all parties in this action pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), IT IS HEREBY ORDERED THAT the above-captioned action be dismissed in its entirety with prejudice and that each Party shall bear his/its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: June 5, 2017

_____
HON. JESUS G. BERNAL
United States District Judge